866

No. 265, Misc. TERRY v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 267, Misc. LATHAM ET AL. v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied. *Lawrence Speiser* and *Bernard Roazen* for petitioners. *William M. Ferguson*, Attorney General of Kansas, and *J. Richard Foth* and *Park McGee*, Assistant Attorneys General, for respondent.

No. 274, Misc. UHLER v. BERKS COUNTY COURT. C. A. 3d Cir. Certiorari denied.

No. 280, Misc. PENNSYLVANIA EX REL. RIVERS v. MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied. *Herman I. Pollock* for petitioner. *Gordon Gelfond* and *James C. Crumlish, Jr.,* for respondent.

No. 283, Misc. JOHNSON v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 285, Misc. REED v. MAXWELL, WARDEN, ET AL. Supreme Court of Ohio. Certiorari denied.

No. 286, Misc. WRIGHT v. RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 301, Misc. HARRIS v. LANGLOIS, WARDEN. Supreme Court of Rhode Island. Certiorari denied.